United States District Court
Eastern District of Pennsylvania

Wayne Henderson (Pro Se),          )     Case No.: 09-CR-474-8
    Petitioner                     )
                                   )
v.                                 )
                                   )
                                   )
United States of America           )
    Respondent.                    )

<u>Motion Pursuant to Rule 201 to the Judicial Notice That No Government Response has Been Filed in the Above-Actioned Case</u>

This motion is for this Honorable Court to take Judicial Notice of: That since July 22, 2019, after Petitioner filed his Pro Se brief for sentence reduction (Docket No. 523), no Response by the United States Attorney has been given. The Petitioner asks this Court that the United States Attorney respond in a timely fashion.

Respectfully submitted,
OCToBeR 14, 2019

*Wayne Henderson*
Wayne Henderson
Reg. No. 61617-066
FCI Fort Dix
PO Box 2000
Joint Base MDL, NJ
08640

⇔61617-066⇔
Wayne Henderson
61617-066
Fort Dix F C I
PO Box 2000
Joint BASE MDL, NJ 08640-0533
United States

TRENTON NJ 085

15 OCT 2019 PM 5 L



U.S.M
X-RAY



⇔61617-066⇔
Clerk Of Us District Court
601 Market ST
Philadelphia, PA 19106
United States

19106-173259